IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LINDENFELSER,

          Plaintiff

   v                           Civil C-1-02-167

CHASE,

          Defendant.

## **ORDER**

Parties are advised that Trial in The above styled case is RESCHEDULED to the August 2004 trial term.  Counsel shall file their Joint Pretrial Order on or before July 5, 2004.

**IT IS SO ORDERED.**


**_____s/Herman J. Weber___**
Herman J. Weber, Senior Judge
United States District Court

*Rev.5/01*