```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

JOSEPH E. LINDENFELSER,

    Plaintiff

    v.                                C-1-02-167

CHASE INDUSTRIES INC.,

    Defendant

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled as to all claims;

**IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

                                    _S/Herman J. Weber_____

                                    Herman J. Weber, Senior Judge

                                    United States District Court