05 JAN 10 PM 12:36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LINDENFELSER

V

CHASE

CIVIL ACTION: C-1-02-167

JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of the depositions submitted on behalf of my client in the above styled case.

_1/10/05_
Date

_____
D. Croall, Counsel for Defense